Michael P. Harris
Attorney at Law
1001 Fourth Avenue, Ste. 4400
Seattle, WA 9854
(206) 622-7434

THE HONORABLE CHRIS M. ALSTON
Chapter 7

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

| In Re: Antonio Cruz-Alvarado and Ernestina Cruz, Debtor(s). | No. 18-10342 |
|---|---|
| Eminence Investments, LLC, a Washington Limited Liability Company, Plaintiff, vs. Antonio Cruz-Alvarado and Ernestina Cruz Defendants. | Adv. No. 18-01048<br><br>REPORT OF PROCEEDINGS |

COMES NOW Edmund Wood, as Trustee of the Bankruptcy Estate of Antonio Cruz-Alvarado and Ernestina Cruz, by his attorney Michael P. Harris, and hereby makes the following Report of Proceedings of the action removed to this Court in the above entitled action:

## A. DOCKET

A true and correct copy of the docket in the action that was removed to this Court in this action is attached as Exhibit A.

REPORT OF PROCEEDINGS - 1

## B. PLEADINGS

The following are true and correct copies of the pleadings filed in the action removed to this Court:

| Exhibit No. | Description |
| --- | --- |
| B-1 | Complaint |
| B-2 | Set Case Schedule |
| B-3 | Case Information Cover Sheet |
| B-4 | Summons |
| B-5 | Lis Pendens |
| B-6 | Affidavit/Declaration of Service |
| B-7 | Order for Change of Judge |
| B-8 | Praecipe |
| B-9 | Notice of Removal |
| B-10 | Amended Notice of Removal |

Dated May 16, 2018.

/s/Michael P. Harris
Michael P. Harris,
Attorney at Law
WSBA#13506

REPORT OF PROCEEDINGS - 2

Michael P. Harris, Attorney at Law
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
(206)622-7434

Case 18-01048-CMA    Doc 5    Filed 05/17/18    Ent. 05/17/18 10:48:15    Pg. 2 of 3

# CERTIFICATE OF SERVICE

I mailed via first class mail, postage prepaid, a copy of the foregoing document to the addresses set forth below on May 16, 2018:

Craig Sternberg
2033 Sixth Avenue, Ste. 251
Seattle, WA 98121-2576

Antonio Cruz-Alvarado
9435 25th Ave. SW
Seattle, WA 98106

Ernestina Cruz
9435 25th Ave SW
Seattle, WA 98106

Dated May 16, 2018.

/s/Michael P. Harris
Michael P. Harris,
Attorney at Law
WSBA#13506

REPORT OF PROCEEDINGS - 3

Michael P. Harris, Attorney at Law
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
(206)622-7434

Case 18-01048-CMA    Doc 5    Filed 05/17/18    Ent. 05/17/18 10:48:15    Pg. 3 of 3